**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                              Criminal No. 99-cr-112- 3-SM

Bobby Robinson

**O R D E R**

On August 30, 2007, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on two alleged violations of conditions of supervision. Two officers from the New Hampshire Drug Task Force testified as to the sale by defendant of Oxycontin and the search resulting in the finding of marijuana and cocaine. I find probable cause to hold him for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6). Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that he will not flee and that he poses no danger to any other person or to the community. He is a risk of flight and a danger to the community. He has continued to use and sell drugs from 1997 to the present. There are no conditions which are likely to assure the safety of the community.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

                                                            _James R. Muirhead_
                                                            James R. Muirhead
                                                            United States Magistrate Judge

Date: August 31, 2007

cc:   Bjorn R. Lange, Esq.
      Jonathan R. Saxe, Esq.
      Tony F. Soltani, Esq.
      U.S. Marshal
      U.S. Probation